**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ECLIPSE LIQUIDITY, INC.
    V.
GEDEN HOLDINGS LTD.;
ADVANTAGE TANKERS LLC; and
ADVANTAGE AWARD SHIPPING LLC

Civil Action No: 2:20-cv-01847

## DISCLOSURE STATEMENT FORM

Please check one box:

[X] The nongovernmental corporate party, _Defendants Geden Holdings Ltd., Advantage Tankers LLC, and Advantage Award Shipping LLC_, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

04/09/2020                                         /s/ Frank P. DeGiulio
Date                                                   Signature

Counsel for: Defendants

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
  (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.