### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ECLIPSE LIQUIDITY, INC.** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **GEDEN HOLDINGS LTD.,** *et al.* | : | No. 20-1847 |
| Defendants. | : | |

### ORDER

**AND NOW**, this **1st** day of **July, 2020**, upon consideration of Plaintiff's Motion to Remand to the Philadelphia County Court of Common Pleas, Defendants' response, Plaintiff's reply, and for the reasons given in this Court's Memorandum dated July 1, 2020, it is **ORDERED** that:

1. The motion (Document No. 9) is **GRANTED**.

2. This case is **REMANDED** to the Philadelphia County Court of Common Pleas.

3. Defendants' Cross-Motion to Dismiss the Complaint (Document No. 10) is **DENIED as moot**.

4. Plaintiff's Motion for Sanctions (Document No. 12) is **DENIED**.

**BY THE COURT:**

**/s/ Berle Schiller**
**Berle M. Schiller, J.**